564

400 A.2d 604

Commonwealth v. Alston, Appellant.
Petition for Allowance of Appeal Granted Feb. 26, 1979.

Submitted December 6, 1977. John W. Packel, Assist-ant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

400 A.2d 604

Commonwealth v. Battles, Appellant.
Petition for Allowance of Appeal Denied May 14, 1979.

Argued December 6, 1978. Morton Krase, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.